PETER R. DION-KINDEM (SBN 95267)
PETER R. DION-KINDEM, P. C.
DION-KINDEM & CROCKETT
21271 Burbank Blvd., Suite 100
Woodland Hills, California 91367
Telephone:  (818) 883-4400
Fax:         (818) 676-0246

Attorneys for Plaintiff Barry Rosen

FILED

10 MAR 25 PM 2: 31

CLERK U S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Barry Rosen,

    Plaintiff,

    vs.

Choopa, LLC, David Aninowsky aka
David Gucker, Jennsights, Inc.,
Jennifer Roberts, and Does 1 through
10,

    Defendants.

Case No. CV 10-02181-MMM (FMO)

**Complaint for Damages for Violation of Copyright**

**Demand for Jury Trial**

Plaintiff Barry Rosen ("Plaintiff") alleges on information and belief:

### JURISDICTION AND VENUE

1.  *Jurisdiction.* This action arises under the Copyright Act, 17 U.S.C. § 101 *et seq*. This Court has original subject matter jurisdiction over all claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.  *Venue.* Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (b), (c), and § 1400(a).

3.  *Personal Jurisdiction.* Personal jurisdiction is proper over the Defendants because they either reside in California or the wrongful activity at issue

DION-KINDEM & CROCKETT

1    concerns Defendants' operation of commercial businesses through which

2    Defendants knowingly transact business and enter into contracts with

3    individuals in California, including within the County of Los Angeles. Each

4    of the Defendants, therefore, has purposefully availed itself of the privilege

5    of doing business in California, and material elements of Defendants'

6    wrongdoing occurred in this State, *i.e.*, Defendants caused the infringing

7    images to be distributed to and displayed in Los Angeles County to

8    thousands of persons.

9    4.   Defendant Choopa, LLC ("Choopa") is a New Jersey LLC doing business in

10        California and is an internet service provider that owns, operates, and/or

11        hosts the websites celebrity-thumbs.com and nudecelebthumbs.com.

12        Choopa is owned and operated by Defendant David Aninowsky aka David

13        Gucker, who had supervisory authority over, and a direct financial interest

14        in, the infringing conduct of Choopa alleged herein.

15   5.   Defendant Jennsights, Inc. is a Nevada corporation owned and operated by

16        Defendant Jennifer Roberts that owns, operates, and/or hosts said websites.

17   6.   The true names, identities and capacities, and the respective relationships of

18        the Doe Defendants to the known Defendants are presently unknown to

19        Plaintiff, who sues said Doe Defendants by such fictitious names. The Doe

20        Defendants are believed to be individuals or entities who are involved in the

21        acts set forth below, either as independent contractors, suppliers, agents,

22        servants or employees of the known defendants, or through entering into a

23        conspiracy and agreement with the known Defendants to perform these acts,

24        for personal gain or in furtherance of his or her own financial advantage in

25        violation of Plaintiff's rights. Plaintiff will request leave of Court to amend

26        this Complaint to set forth their true names, identities and capacities upon

27        ascertaining the same. The Doe Defendants and the known defendants are

28        referred to hereinafter collectively as Defendants.

**Complaint**

2

DION-KINDEM & CROCKETT

7.  Each of the Doe Defendants has been or is the principal, officer, director, agent, employee, representative, and/or co-conspirator of each of the other Defendants and in such capacity or capacities participated in the acts or conduct alleged herein and incurred liability therefor. Each of the Doe Defendants engaged in the acts alleged hereinafter with the knowledge, consent, authorization, ratification and approval of each other Defendant. In taking the actions described below, Defendants acted for personal gain or in furtherance of their own financial advantage.

## FIRST CLAIM FOR RELIEF

**(Copyright Infringement − 17 U.S.C. § 101 et seq. against all Defendants)**

8.  Plaintiff realleges and incorporates herein by reference each and every allegation of paragraphs 1 through 7 as though fully set forth herein.

9.  Plaintiff is a professional photographer. Plaintiff created the photographs identified in Exhibit 1 hereto ("Copyrighted Works").

10. Each of the Copyrighted Works consists of material original with Plaintiff and each is copyrightable subject matter.

11. Plaintiff is the owner of all right, title, and interest to each of the Copyrighted Works.  Plaintiff has registered the copyrights for the Copyrighted Works and has been issued the United States copyright certificates set forth in Exhibit 1.

12. Under Section 106 of the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.* (the "Copyright Act"), Plaintiff has the distinct, severable, and exclusive rights, *inter alia*, to reproduce, distribute and publicly display the Copyrighted Works. (17 U.S.C. §§ 106(1), (3), and (5).)

13. Within the last three years, Plaintiff discovered that the Copyrighted Works were being used on the websites identified above without Plaintiff's permission.

DION-KINDEM & CROCKETT

14. Plaintiff reported the infringements to Choopa, but Choopa failed to expeditiously remove the infringing items.

15. Defendants, without Plaintiff's permission, consent or authority, (1) made or caused to be made unauthorized copies of the Copyrighted Works, (2) distributed and/or made available for distribution unauthorized copies of the Copyrighted Works, and/or (3) publicly displayed, made available for, and/or facilitated, the unauthorized public display of the Copyrighted Works.

16. Defendants' conduct constitutes infringement of Plaintiff's copyrights and exclusive rights under copyright in the Copyrighted Works in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

17. Defendants have engaged and continue to engage in the business of knowingly and systematically inducing, causing, and/or materially contributing to the unauthorized reproduction, public display, and/or distribution of copies of the Copyrighted Works by the websites identified above, or by users of such websites and thus to the direct infringement of the Copyrighted Works. Defendants enable, induce, facilitate, and materially contribute to each act of infringement by infringing users. Defendants' conduct constitutes contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in the Copyrighted Works in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. sections 106 and 501.

18. Defendants have and have had the right and ability to supervise and/or control the infringing conduct alleged above, but have failed and refused to exercise such supervision and/or control.  Defendants have derived a direct financial benefit from the infringing use of the Copyrighted Works. As a direct and proximate result of such failure and refusal, Defendants and infringing users have infringed Plaintiffs' copyrights in the Copyrighted

DION-KINDEM & CROCKETT

1    Works as set forth above.  Defendants' conduct constitutes vicarious

2    infringement of Plaintiff's copyrights and exclusive rights under copyright

3    in the Copyrighted Works in violation of Sections 106 and 501 of the

4    Copyright Act, 17 U.S.C. §§ 106 and 501.

5    19.  The infringement of Plaintiff's rights in and to each of the Copyrighted

6    Works constitutes a separate and distinct act of infringement.

7    20.  Defendants' acts of infringement have been willful, intentional, and

8    purposeful, in reckless disregard of and with indifference to Plaintiff's

9    rights in that Defendants knew that they did not have the right to use

10   Plaintiff's Copyrighted Works in the manner Defendants used them and/or

11   recklessly failed to determine whether they had the right to use Plaintiff's

12   Copyrighted Works in the manner Defendants used them.

13   21.  As a direct and proximate result of the infringements by Defendants of

14   Plaintiff's copyrights and exclusive rights under copyright in the

15   Copyrighted Works, Plaintiff is entitled to its actual damages and

16   Defendants' profits pursuant to 17 U.S.C. section 504(b).

17   22.  Alternatively, at Plaintiff's election, Plaintiff is entitled to the maximum

18   statutory damages pursuant to 17 U.S.C. section 504(c) with respect to each

19   work infringed or such other amounts as may be proper under 17 U.S.C.

20   section 504(c).

21   23.  Defendants' conduct is causing and, unless enjoined and restrained by this

22   Court, will continue to cause, Plaintiff great and irreparable injury that

23   cannot fully be compensated in money.  Plaintiff has no adequate remedy at

24   law.  Pursuant to 17 U.S.C. section 502, Plaintiff is entitled to injunctive

25   relief prohibiting further infringements of Plaintiff's copyrights.

26   24.  Plaintiff further is entitled to Plaintiff's attorneys' fees and costs pursuant to

27   17 U.S.C. section 505.

28

DION-KINDEM & CROCKETT

**Complaint**

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants and each of the Doe Defendants as follows:

1.    That Defendants, their officers, agents, servants, employees, representatives, successors, and assigns, and all persons in active concert or participation with them, be enjoined from:

    A.    copying, reproducing, distributing, or publicly displaying the Copyrighted Works;

    B.    posting Plaintiff copyrighted photographs on the internet;

    C.    inducing, causing, materially contributing to, and profiting from the foregoing acts committed by others.

2.    That Defendants be ordered to destroy all photographs, documents, and other items, electronic or otherwise, in its possession, custody, or control, that infringe the copyrights of Plaintiff.

3.    That Defendants be ordered to remove all links between their website and all websites that display or offer to distribute or copy authorized copies of the Copyrighted Works and be prohibited from performing advertising and linking functions for such websites.

4.    For restitution in the amount of the benefit to Defendants by reason of their unlawful conduct.

5.    For Plaintiff's actual damages.

6.    For a full accounting under supervision of this Court of all profits, income, receipts, or other benefits derived by Defendants as a result of their unlawful conduct.

7.    For statutory damages under the Copyright Act.

8.    For prejudgment interest.

9.    For attorneys' fees and full costs.

DION-KINDEM & CROCKETT

1    10.    For such other and further relief as this Court deems just and appropriate.

2    Dated: March 24, 2010                    DION-KINDEM & CROCKETT

3

4

5    By:_____

6                                          Peter R. Dion-Kindem, P.C.
                                           Peter R. Dion-Kindem,
7                                          Attorneys for Plaintiff Barry Rosen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial in this case.

Dated: March 24, 2010

DION-KINDEM & CROCKETT

By:_____

Peter R. Dion-Kindem, P.C.
Peter R. Dion-Kindem,
Attorneys for Plaintiff Barry Rosen

DION-KINDEM & CROCKETT

**Complaint**

8

# Exhibit 1 to Copyright Complaint
## *Rosen vs. Choopa LLC, et al*

### January 13, 2009 DMCA Notice

| Item | Subject | Registration | Link | Date Removed |
|------|---------|--------------|------|--------------|
| 6 | Ali Landry | VAu660-263 | http://www.celebrity-thumbs.com/fthumbs/85436.jpg | Still active as of 3/22/10 |
| 7 | Ali Landry | VAu660-263 | http://www.celebrity-thumbs.com/fthumbs/66986.jpg | Still active as of 3/22/10 |
|   | Anna Kournikova | VA1-230-936 | http://www.celebrity-thumbs.com/fthumbs/54370.jpg | Still active as of 3/22/10 |
| 8 | Daisy Fuentes | VAu692-230 | http://www.celebrity-thumbs.com/fthumbs/128733.jpg | Still active as of 3/22/10 |
| 9 | Daisy Fuentes | VAu692-230 | http://www.celebrity-thumbs.com/fthumbs/120438.jpg | Still active as of 3/22/10 |
| 10 | Daisy Fuentes | VAu692-230 | http://www.celebrity-thumbs.com/fthumbs/107801.jpg | Still active as of 3/22/10 |
| 11 | Daisy Fuentes | VAu692-230 | http://www.celebrity-thumbs.com/fthumbs/59552.jpg | Still active as of 3/22/10 |

### January 11, 2009 DMCA Notice

| Item | Subject | Registration | Link | Date Removed |
|------|---------|--------------|------|--------------|
| 1 | Ali Landry | VAu660-263 | http://www.nudecelebthumbs.com/fthumbs/85436.jpg | Still active as of 3/22/10 |
| 2 | Daisy Fuentes | VAu692-230 | http://www.nudecelebthumbs.com/fthumbs/107801.jpg | Still active as of 3/22/10 |
| 3 | Daisy Fuentes | VAu692-230 | http://www.nudecelebthumbs.com/fthumbs/84188.jpg | Still active as of 3/22/10 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV10- 2181 MMM (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Peter R. Dion-Kindem
Dion-Kindem & Crockett
21271 Burbank Blvd., Suite 100
Woodland Hills, California 91367
Telephone: (818) 883-4400

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Barry Rosen | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S)<br><br>v.<br><br>Choopa, LLC, David Aninowsky aka David Gucker, Jennsights, Inc., Jennifer Roberts, and Does 1 through 10<br><br>DEFENDANT(S). | **CV 10-02181** -Mmm (FMOx)<br><br>**SUMMONS** |

TO:     DEFENDANT(S): Choopa, LLC, David Aninowsky aka David Gucker, Jennsights, Inc., Jennifer Roberts, and Does 1 through 10

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  Peter R. Dion-Kindem _____ , whose address is 21271 Burbank Blvd., Suite 100, Woodland Hills, CA 91367 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:     **2 5 MAR 2010**

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Barry Rosen

**DEFENDANTS**
Choopa, LLC, David Aninowsky aka David Gucker, Jennsights, Inc., and Jennifer Roberts, and Does 1 through 10

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Peter R. Dion-Kindem, Dion-Kindem & Crockett
21271 Burbank Blvd., Suite 100, Woodland Hills, CA
818-883-4400

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. section 101, et seq., Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:   **CV10-02181**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

VIII(a). **IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

VIII(b). **RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
    ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
    ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
    ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

IX. **VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
  ☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
  ☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Choopa, LLC (New Jersey); David Aninowsky aka David Gucker (Nevada) Jennsights, Inc. (Nevada); Jennifer Roberts (Nevada) |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  3/24/10

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)    CIVIL COVER SHEET    Page 2 of 2